**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

LEE CHERRY,

    Plaintiff,                                    CASE NO. 0:10-cv-60678-CMA

v.

NATIONAL CREDIT WORKS, INC.,

    Defendant.

_____/

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

LEE CHERRY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, with each party to bear their own fees and costs, NATIONAL CREDIT WORKS, INC. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ James Pacitti
James Pacitti, Esq.
FBN: 119768
KROHN & MOSS, LTD.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA 90025
T: (323) 988-2400 ext. 230
F: (866) 802-0021
jpacitti@consumerlawcenter.com
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon National Credit Works, Inc., 113 Bathurst Drive, Tonawanda, NY 14150 via USPS FIRST CLASS MAIL on June 15, 2010.

By: ___/s/ James Pacitti___
       James Pacitti
       Attorney for Plaintiff