UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-60678-CIV-ALTONAGA/Brown

**LEE CHERRY**,

    Plaintiff,

vs.

**NATIONAL CREDIT WORKS, INC.**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court on Plaintiff's Voluntary Dismissal Without Prejudice [D.E. 5], filed June 15, 2010. Being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The case is **DISMISSED WITHOUT PREJUDICE**.

2. Each party must bear its own attorney's fees and costs.

3. The Clerk must **CLOSE** the case.

4. All pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of June, 2010.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record